Hi **Jason_Eves**!      Sell    My eBay

Search for anything    All Categories

Back to Store | Listed in category:   eBay Motors > Parts & Accessories > Car & Truck Parts > Exterior > Body Kits



### VW Golf Jetta MK1 MK2 MK3 WOLFSBURG Door Pins PAIR 2 pc

| | |
|---|---|
| Item condition: | New |
| Time left: | 20d 02h 11/2, 12:52PM |
| Quantity: | 1    More than 10 available |
| Price: | US $9.00    **Buy It Now** / **Add to cart** / Add to watch list / Add to collection |

**Returns accepted**    New condition    Free local pickup

**Seller information**
dsx-customs (64069 )
99.3% Positive feedback

Save this Seller
Contact seller
Visit store: dsx-customs
See other items

**Shipping:** FAST 'N FREE
On or before **Thu. Oct. 19** to 84102
Item location: Watertown, Massachusetts, United States
Ships to: Worldwide

**Payments:** PayPal | VISA | MasterCard | AmEx | Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

**Returns:** 30 days money back or item exchange, buyer pays return shipping | See details

**Guarantee:** | See details
Get the item you ordered or get your money back. Covers your purchase price and original shipping.

Have one to sell?  Sell now

---

### People who viewed this item also viewed



| VW Golf Jetta MK4 WOLFSBURG Door Pins | VW Golf Jetta MK3 3 Vento Euro Fender Flares Wheel |
|---|---|
| $9.00 | $59.90 |
| Free shipping | Free shipping |
| | Popular |

Feedback

---

| Description | Shipping and payments |
|---|---|

eBay item number:

Seller assumes all responsibility for this listing.

**Item specifics**

| Condition: | New | Manufacturer Part Number: | 617215168564 |
|---|---|---|---|

| Brand: | DSX | Surface Finish: | 617215179478 |
|---|---|---|---|
| Warranty: | 90 Day | | |

### dsx-customs

dsx-customs (64069 ) 99.3%

Visit Store: dsx




DUBSTOP brings you only the best VW & Audi Performance, Styling and Tuning parts and accessories. We only sell Brand Name Products of Top Quality!
Please check our feedback and you'll see, that besides Quality, we offer excellent service..

Thanks anyway for visiting DUBSTOP - You Will Never Regret Buying from Us!

**PRODUCT DESCRIPTION**



### 'WOLFSBURG EDITION'
DOOR PINS

**TWO PIECE SET** in this auction!!!

FITS ALL VW VOLKSWAGEN VEHICLES 1976 through 1998 including Rabbit Golf Jetta Scirocco etc...

SUPERB QUALITY - (NEW IN BOX!)
POLISHED CHROME FINISH - PERFECT IN EVERY WAY!

INSTALLATION:
DIRECT REPLACEMENT OF YOUR OEM PLASTIC PINS!
NO TOOLS - 2 MINUTE JOB



**PAYMENT OPTIONS**

Available payment options are **Paypal** or a **Direct Credit Card Payment** at **(617) 924-4028.**

**SHIPPING INFO**

For shipping we use USPS, FedEx and UPS Services depending on where the item is going and when the order takes place. This is done to insure fastest delivery of the product to your location.
All orders completed by 3pm EST ship same day if at all possible and most will arrive within 3-5 business days anywhere in the USA and 4-8 business days in the rest of the world.
Please inquire about shipping rates for any other countries than the 48 Cont. States of USA.

**COMPANY INFO**

DUBSTOP will assist you with **any** questions you might have about any of our products - Please do not hesitate to contact us with any questions or requests you might have. If you are looking for a VW or Audi part, and are having hard time finding it, give us a try at the above contact link and we will try our best to make it available here in our Ebay Store.

**We appreciate your business greatly! Thanks very much for giving us an opportunity to serve your needs!!!**

**TERMS & CONDITIONS**

We are sincerely sorry this paragraph has to exist but basically the only terms we are asking to abide by are:

- If you can not make the payment or contact us within 3 business days of the auction closing time, please get in touch with us and let us know your plans of completing the transaction.
- If you are not sure you can afford the product at this time but really want it, just get in touch with us and we might (in some cases) hold it for you, and run another auction at a later time.
- All products we sell have manufacturers warranty and are absolutely guaranteed to arrive in **top shape**!
- We will honor exchanges and/or returns in **reasonable circumstances**!!!

**We are NOT here to waste anyone's time or money, therefore — PLEASE DO NOT WASTE OURS !!!**

On Mar-12-06 at 15:59:47 PST, seller added the following information:

### After purchasing, pay instantly with your credit card through PayPal!







Powered by Selling Manager Pro

00015

Back to Store
More to explore :   MK2 Golf Exhaust,   VW Golf VW Automobile,   Diesel Golf VW Automobile,   VW Golf Shift Knobs & Boots,   VW Caddy VW Automobile,   Ford Mondeo Mk3

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

